Page 1

Judge Bruce,

I am writing this as another form of complaint that I would like to file a second Lawsuit. This one against the Vermilion County Sheriffs Dept. More specifically against sergeant Kelsea Ward and Correctional Officer Thompson (Jeffrey).

On August 22, 2019 at 5:00 pm Jeffrey Thompson passed out food "Trays" to inmates of the Vermilion County Jail. On this day officer Thompson came to J-Block (which has 7 men) and passed out "4" Trays. 3 of the 7 men, Freddie, Brown, the other man (unknown name) and myself (Bradley Servis) we are on a 23-1 isolation block so the inmate out at the time Kim Willis, knocked on the door to get Thompson's attention in which Thompson ignored and went farther down the hall to pass Trays on another block. Kim Willis then covered a camera to get a different officer's attention, that officer sent officer Thompson back and said "Oh I must've had a mind block" and walked out. We then waited for a whole 30 minutes later until sergeant Ward was in the hallway. Kim Willis told her more than 3 times that 3 men didn't get their trays. Ward responded by yelling "I know" back at Kim. Now at about 45 minutes after Thompson had went for trays finally brought in 4 trays. If it weren't for Kim Willis bugging the officers we would not have been given our trays. Thompson has been known to "cause problems" with inmates. He seems to get a thrill at it. I would like to press the matter

Page 2

in the court of Law. I am provideding with this the signatures of my fellow inmates involved. This complaint is formally signed on the day of 8/22/19.

8-22-19 BL   — Bradley Lewis
8-22-18 Freddie D. Brown

Bradley Servis
2 e south st.
Danville, IL 61832

Legal Mail

US District Court
100 N. E. Monroe
Peoria, IL 61602

Confidential